IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN RAY WOOD**                                                                                         **PLAINTIFF**
**ADC #181264**

v.                                            Case No: 4:24-cv-01112-LPR

**ROOSEVELT BARDEN, et al.**                                                                **DEFENDANTS**

### ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 35). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Defendants' Motion for Summary Judgment on the Issue of Exhaustion (Doc. 30) is GRANTED. Plaintiff's claims hereby are DISMISSED without prejudice based on his failure to fully exhaust his administrative remedies. The Clerk is instructed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 15th day of January 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] There is one small exception. On page 6 of the RD, there are several references to the Warden receiving Mr. Wood's grievance appeal and issuing an appeal decision. Instead, the Court notes that the Warden received Mr. Wood's Step Two grievance on December 6, 2025, and the Warden issued his grievance decision on December 31, 2025. This slight correction does not alter the propriety of the RD.