# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**STEVEN RAY WOOD**                                                                                      **PLAINTIFF**
**ADC #181264**

v.                                        Case No: 4:24-cv-01112-LPR

**ROOSEVELT BARDEN, et al.**                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 15th day of January 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE